UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARIO ARTIGA,

               *Petitioner*,

   - against-

KENNETH GENALO, *Acting Director of U.S. Immigration and Customs Enforcement and Removal Operations New York City Field Office,* KRISTI NOEM, *in her official capacity as Secretary Of the U.S. Department of Homeland Security*, PAMELA BONDI, *in her official capacity as U.S. Attorney General.*

               *Respondents.*
------------------------------------------------------------------------x

**ORDER TO SHOW CAUSE**
25-CV-5208 (OEM)

ORELIA E. MERCHANT, United States District Judge:

     Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, IT IS HEREBY ORDERED that:

1. Petitioner shall cause a copy of this Order and Petitioner's application for relief to be served on Respondent by **September 18, 2025**;
2. Petitioner shall file proof of service on the docket by **September 22, 2025**;
3. Respondent is ORDERED to file a return to the order to show cause why the Petition for Writ of Habeas Corpus should not be granted by **September 22, 2025**. *See* 28 U.S.C. § 2243;
4. The parties are further ORDERED to appear before this Court for a hearing on the petition on **September 24, 2025, at 2:00 p.m.** in Courtroom 6C South before Judge Orelia E. Merchant.

Dated: Brooklyn, New York
       September 18, 2025

                                                    /s/
                                                    ORELIA E. MERCHANT
                                                    United States District Judge