UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIO ARTIGA,

                     Petitioner,                              JUDGMENT

      - against –                                            25-CV-5208 (OEM)

KENNETH GENALO, Acting Director of U.S.
Immigration and Customs Enforcement and
Removal Operations New York City Field
Office, KRISTI NOEM, in her official
capacity as Secretary of the U.S. Department
of Homeland Security, PAMELA BONDI,
in her official capacity as U.S. Attorney General,

                     Respondents.
------------------------------------------------------------ X

A Memorandum and Order of Honorable Orelia E. Merchant, United States District Judge, having been filed on October 5, 2025, granting Petitioner's Petition for a Writ of Habeas Corpus, Dkt. 1; it is

ORDERED and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, Dkt. 1, is granted; that Respondents are ordered to transport Petitioner back to the Eastern District of New York by October 6, 2025, and immediately upon effectuating his transfer, to release Petitioner from custody.

Dated: Brooklyn, New York              Approved by: /s/Orelia E. Merchant
       November 4, 2025                                      Orelia E. Merchant
                                                              United States District Judge

Dated: Brooklyn, New York
       November 4, 2025                         Approved by: 
                                                              BRENNA B. MAHONEY
                                                              Clerk of Court